# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

BILL D. THOMAS,                )
                               )
    Plaintiff,             )
                               )
v.                             )    Case No. CIV-17-1036-D
                               )
OKLAHOMA LAND                  )
HOLDINGS, LLC, et al.,         )
                               )
    Defendants.            )

## ORDER

Defendants' Disclosure Statement [Doc. No. 25] is deficient in that it does not identify any parent corporation and publicly held corporation owning 10% or more of Defendants' stock, or state no such corporation(s) exist. *See* Fed. R. Civ. P. 7.1. It also fails to provide any information concerning the citizenship of The Equity Trust (the Trust). *See Conagra Foods, Inc. v. Americold Logistics, LLC*, 776 F.3d 1175, 1181 (10th Cir. 2015) (explaining that "[w]hen a trustee is a party to litigation, it is the trustee's citizenship that controls for purposes of diversity jurisdiction" and "[w]hen the trust itself is party to the litigation, the citizenship of the trust is derived from all the trust's 'members,'" which "includes the trust's beneficiaries"), *aff'd sub nom. Americold Realty Trust v. Conagra Foods, Inc.*, ⸺ U.S. ⸺, 136 S.Ct. 1012, 194 L.Ed.2d 71 (2016). Defendants' statement simply states The Equity Trust is "[a]

Texas formed trust," which falls short of the standard set by the Tenth Circuit.[1]
Defendants shall file an amended statement within **seven (7) days** of this order.

**IT IS SO ORDERED** this 9th day of May 2018.

*/s/ Timothy D. DeGiusti*
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] The caption on the disclosure statement also lists the wrong district court.