IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

BILL D. THOMAS,
    *Plaintiff and Counter-defendant,*

v.

OKLAHOMA LAND HOLDINGS, LLC,        CAUSE NO. CIV-17-1036-D
DANICK RESOURCES, INC.,
SCHLACHTER OPERATING, CORP.,        Motion
d/b/a SCHLACHTER OIL, and
DOES 1 – 10,
    *Defendants and Counter-plaintiffs*
    *and Third-party Plaintiffs*

v.

BMR II, LLC, *and*
ANDREW M. ASHBY,
    *Third-party Defendants.*

## UNOPPOSED MOTION TO MODIFY CASE STYLE

Third-party plaintiff, Oklahoma Land Holding, LLC, files this motion asking the Court to modify the style of this case, and would show this Court as follows:

I.
Motion

1. All claims asserted by the plaintiff Bill Thomas against the defendants have been dismissed, and all counterclaims asserted against Bill Thomas by the OLH Parties have been dismissed. (DN 63).

2. Danick Resources, Inc. and Schlachter Operating Corp. have moved the Court to dismiss all claims asserted by these parties against BMR II, LLC and Andrew M.

Ashby. Upon the dismissal of these claims, the sole remaining claims before this Court are those asserted by Oklahoma Land Holdings, LLC against BMR II, LLC and Andrew M. Ashby.

3. For this reason, the OLH parties, ask this Court to modify the style of this case by order, so that the burdens and relationship of the parties are more accurately presented in both the briefing and potential presentation of this case to a jury.

## PRAYER

For these reasons, the OLH Parties ask this Court to enter an order affecting this modification as follows:  Oklahoma Land Holding, LLC v. BMR II, LLC and Andrew M. Ashby.

Respectfully Submitted,

Gerald Fowler

State Bar No. 24006300
McGowen & Fowler, PLLC
8588 Katy Fwy., Suite 226
Houston, Texas  77024
gff@mcgowenfowler.com
Tel.  (713) 722-7500
Fax. (713) 481-8369

*Attorney for Third-party Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, May 23, 2019, I filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Kevin D. Gordon, OBA #10826
Tynia A. Watson, OBA #30765
Tim Gallegly, OBA # 31554
CROWE & DUNLEVY
A Professional Corporation
Braniff Building 324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700
kevin.gordon@crowedunlevy.com
tynia.watson@crowedunlevy.com
ryan.wilson@crowedunlevy.com
**COUNSEL FOR THIRD-PARTY DEFENDANTS**
**BMR II, LLC AND ANDREW M. ASHBY**

_____
Gerald Fowler